**ORIGINAL**

FILED
07 JUN 19 AM 8: 11
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: PDU   DEPUTY

Kathleen C. Jeffries (State Bar #110362)
SCOPELITIS, GARVIN, LIGHT & HANSON, LLP
2 North Lake Avenue, Suite 460
Pasadena, California 91101
Telephone: (626) 795-4700
Facsimile: (626) 795-4790
kjeffries@scopelitis.com

Attorneys for Defendant
YELLOW TRANSPORTATION, INC.

**NUNC PRO TUNC**

JUN 15 2007

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY "JAKE" ORE, An Individual,<br><br>Plaintiff,<br><br>v.<br><br>YELLOW TRANSPORTATION, INC., An Indiana Corporation; UNITED PARCEL SERVICE, INC., An Ohio Corporation; DOES 1-24, Inclusive,<br><br>Defendants. | Case No. 07-CV-0625 L (CAB)<br><br>JOINT MOTION FOR DISMISSAL; AND ORDER THEREON |

Plaintiff Jeremy "Jake" Ore and defendant Yellow Transportation, Inc., the only remaining parties to this action, by and through their respective attorneys of record, hereby move for a dismissal of this action in its entirety with prejudice, with each party to bear its own costs of litigation, on the grounds that a settlement agreement has been reached by and between said

///
///
///
///

1

parties and that the terms of said settlement agreement have been fully satisfied.

Dated: June 5, 2007     LAW OFFICES OF STEPHEN K. SENSENIG

By: _____
Stephen K. Sensenig
Attorneys for Plaintiff
JEREMY "JAKE" ORE

Dated: June 7, 2007     SCOPELITIS, GARVIN, LIGHT & HANSON, LLP

By: _____
Kathleen C. Jeffries
Attorneys for Defendant
YELLOW TRANSPORTATION, INC.

ORDER

IT IS HEREBY ORDERED that the complaint is dismissed with prejudice and that each party is to bear its own costs of litigation.

Dated: June 18, 2007     _____
Judge, United States District Court

## PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES,**

I, **Michelle Lazo**, am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action. My business address is 2 North Lake Avenue, Suite 460, Pasadena, California 91101.

On June 7, 2007, I served the foregoing document described as **JOINT MOTION FOR DISMISSAL; AND ORDER THEREON** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope addressed as follows:

> Mr. Stephen K. Sensenig
> Law Office of Stephen Kimber Sensenig
> 5252 Balboa Avenue, Suite 401
> San Diego, California 92117-6937
>
> Mr. Gregory B. Koltun
> Morrison & Foerster LLP
> 555 West Fifth Street, Suite 3500
> Los Angeles, CA 90013-1024

√ **(BY MAIL)** I deposited such envelope in the mail at Pasadena, California. The envelope was mailed with postage thereon fully prepaid.

√ I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with U.S. postal service on that same day with postage thereon fully prepaid at Pasadena, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_ **(STATE)** I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

√ **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on June 7, 2007, at Pasadena, California.

*Michelle Lazo* (signature)
Michelle Lazo